UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 24-60618-CIV-SINGHAL

Liangsword Limited,

    Plaintiffs,

vs.

The Partnerships, Unincorporated Associations Identified on Schedule A,

    Defendants.

**NOTICE OF APPEARANCE *PRO HAC VICE* ON BEHALF OF DEFENDANT, AVENUE A STORES LLC**

Please take notice that Katie M. Burnett of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, previously permitted by the Court to Appear Pro Hac Vice in this action [ECF No. 43], hereby enters an appearance as co-counsel of record on behalf of Defendant, Avenue A Stores LLC ("Avenue A") and requests that all future correspondence, docket notices, or other official communications directed or pertaining to Avenue A be served at the address(es) listed below. All information provided in support of Ms. Burnett's initial Pro Hac Vice motion [ECF No. 40] remains current and correct, including sponsoring co-counsel.

Dated: June 3, 2024

Respectfully submitted,

By: */s/ H. Alan Rothenbuecher*
H. Alan Rothenbuecher (FL ID 0846244)
E: ARothenbuecher@beneschlaw.com
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone:  216.363.4500

Katie M. Burnett (admitted *Pro Hac Vice*)
E: kburnett@beneschlaw.com
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Dr., Suite 1600
Chicago, IL 60606
Telephone:  312.212.4949

*Attorney for Defendant, Avenue A Stores LLC*