UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60618-CIV-SINGHAL

LIANGSWORD LIMITED,

    Plaintiff,

v.

THE PARTNERSHIPS, UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    Defendants.
_____/

## ORDER

**THIS CAUSE** has come before the Court on a *sua sponte* review of the record. On April 19, 2024, the Court entered an Order granting Plaintiff's Motion for Leave to File Under Seal. (DE [12]). The Order stated that "[w]ithin seven (7) days of completing service, Plaintiff must move to unseal Schedule A to Plaintiff's Complaint." *Id.* at 2. On May 24, 2024, Plaintiff filed a Certificate of Service with the Court that certifies that Plaintiff served all defendants identified in Schedule A. *See* (DE [38]). To date, Plaintiff has not filed a motion to unseal any of the sealed documents in this case. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that on or before **June 7, 2024**, Plaintiff shall file a motion to unseal all sealed documents in this action or show cause why the sealed documents should remain under seal.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 4th day of June 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF