UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-60618

LIANGSWORD LIMITED,

    Plaintiff,
v.

THE PARTNERSHIPS,
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendant.
_____/

## MOTION FOR CONTINUANCE AND TO SET BRIEFING SCHEDULE

The Defendants shown on Schedule A, attached hereto (collectively, "Defendants"), by and through undersigned counsel and pursuant to Local Rule 7.6, hereby respectfully requests that this Court continue the Preliminary Injunction Hearing presumably currently set for June 6, 2024[1] and set a briefing schedule on Plaintiff's Motion for Entry of Preliminary Injunction [D.E. 27] and, in support thereof, states as follows:

1. Plaintiff filed its Complaint on April 16, 2024, alleging trademark infringement against, *inter alia*, Defendants [D.E. 1]. Notably, as the Complaint contains bulk allegations against the defendants therein, the Complaint does not contain any specific statement(s) or allegations of fact against Defendants.

2. On May 20, 2024, Plaintiff filed its Motion for Preliminary Injunction [D.E. 27].

3. Undersigned counsel has only recently been retained and has not had the opportunity to discuss with opposing counsel and/or review Plaintiff's Motion for Preliminary

---

[1] A review of the docket does not show a docket entry confirming the date or time of the Preliminary Injunction Hearing.

Injunction, including, without limitation, any evidence contained therein that may relate to Defendants for the purpose of responding in opposition to Plaintiff's Motion for Preliminary Injunction. As a result, Defendants have not had the chance to review the motion in order to ascertain the veracity of Plaintiff's claims and/or allegations, and undersigned counsel needs additional time to review the requisite filings in order to formulate a proper response to Plaintiff's Motion for Preliminary Injunction.

4. In sum, Defendants need sufficient time to review the claims, see if and/or how they apply to Defendants, and confirm the exact basis for Plaintiff's claims in order to properly oppose Plaintiff's Motion for Preliminary Injunction.

5. Meritorious argument would apply, including arguments pertaining to non-infringement and/or other customary defenses to trademark infringement claims that Defendants may uncover following review of the pleadings and evidence provided in support of Plaintiff's Motion for Preliminary Injunction.

6. Defendants hereby request an additional time of twenty-one (21) days – up and including June 26, 2024 – to respond to Plaintiff's Motion for Preliminary Injunction, and request that the hearing currently scheduled for June 6, 2024 be continued to another date following the submission of Defendant's opposition.

7. Counsel for Defendants has attempted to meet and confer with Plaintiff's counsel regarding the relief sought via this motion. However, as of the filing of this motion, Defendants' counsel has yet to receive a response from Plaintiff's counsel regarding whether Plaintiff opposes or consents to the relief sought herein.

WHEREFORE, for good cause shown, Defendants request that the Court grant this Motion and allow Defendant up to and including June 26, 2024, to file a response to Plaintiff's Motion for

Preliminary Injunction.

## **L.R. 7.1(a)(3) Certification**

Counsel for Defendants has attempted to confer with all parties who may be affected by the relief sought hereunder (*i.e.*, Plaintiff), and Plaintiff has not indicated whether it opposes or consents tothe extension requested herein. *See below*:

---

From: Frank Niu <niu@mainleaf-law.com>
Send Time:2024 Jun. 3 (Mon.) 23:11
To:David Kang<dkang@gasmanlaw.com>
Cc:Roy Lou<lou@mainleaf-law.com>; Darren Heitner<darren@heitnerlegal.com>
Subject:[Urgent] Iaukyu et al. 24-cv-60618

Hi David,

We are legal counsel for the following Walmart stores involved in your 24-cv-60618 case.

Iaukyu 10001439697
Uehgn 10001241246
Viasears Beauty Inc 10001094463
Isiaeian 10001552175
Ptetnvg 10001551945
SamFansar 10001295630
Toudaret 10001592844
Austpious  101296513
Monthly   101341794

This group is a sub-group of sellers previously reached out to plaintiff or you in a larger group. While some other members of that larger group were dismissed, this group was not. This group intends to defend the case and countersue your client for damages, but due to our good working relationship, we want to make sure plaintiff is not in the process of dismissing this group. Please confirm by 06/04.

If plaintiff is not dismissing this group, please inidicate if plaintiff will non-oppose our motion to continue the 06/06 PI hearing for 14 days, so our clients will have the time to prepare a response to plaintiff's PI motion. We strongly encourage a swift resolution as our client vows to countersue until the end if this would not be resolved quick. It will be difficult to settle then.

Thanks

Frank

---

**From:** Frank Niu <niu@mainleaf-law.com>
**Sent:** Tuesday, June 4, 2024 06:02
**To:** David Kang <dkang@gasmanlaw.com>
**Cc:** Roy Lou <lou@mainleaf-law.com>; Darren Heitner <darren@heitnerlegal.com>
**Subject:** Re: [Urgent] Iaukyu et al. 24-cv-60618

Hi David,

Following up on our message below. Even if it's a no or you are still waiting to hear back from your client, let us know.

Thanks

Frank

|  |  |
|---|---|
| June 5, 2024 | Respectfully submitted. |
|  | **HEITNER LEGAL, P.L.L.C** |
|  | *Attorney for Defendants* |
|  | 215 Hendricks Isle |
|  | Fort Lauderdale, FL 33301 |

                                                                  Phone: 954-558-6999
                                                                  Fax: 954-927-3333

By: _/s/ Darren A. Heitner_
DARREN A. HEITNER
Florida Bar No.: 85956
Darren@heitnerlegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2024, a true and correct copy of the foregoing was electronically filed using CM/ECF, which serves electronic notice on all counsel of record and registered CM/ECF users.

By: _/s/ Darren A. Heitner_
DARREN A. HEITNER

**Schedule A**

Iaukyu 10001439697
Uehgn 10001241246
Viasears Beauty Inc 10001094463
lsiaeian 10001552175
Ptetnvg 10001551945
SamFansar 10001295630
Toudaret 10001592844
Austpious 101296513
Monthly 101341794