UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60618-AHS

LIANGSWORD LIMITED,

                  Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

                  Defendants.
_____/

**PLAINTIFF'S OPPOSITION TO DEFENDANTS'MOTION FOR CONTINUANCE AND TO SET BRIEFING SCHEDULE [DE 50]**

    Plaintiff LIANGSWORD LIMITED, by and through its undersigned counsel, hereby opposes the Motion for Continuance the Preliminary Injunction Hearing [DE 50] filed by the defendants represented by counsel Darren Heitner (herein referred to as "Heitner Defendants,") and states as follows:

    1.    **Non-Compliance with Local Rules 7.1(a)(3)**: In accordance with Local Rule 7.1(a)(3), parties are required to confer with one another in a good faith effort to resolve issues before seeking relief from the Court.

    2.    The Heitner Defendants claim to have attempted to meet and confer regarding the relief sought by this motion. However, it appears due to inadvertence, the Heitner Defendants did not contact the undersigned counsel, who is the only counsel of record for Plaintiff. The undersigned counsel was not informed of the Defendants' "attempt" to meet and confer until the morning after receiving the filing of Defendants' motion.

1

3. **Separate Briefing Schedule for Heitner Defendants**: Plaintiff acknowledges that Mr. Heitner was only recently retained and may require additional time to review the filings. In the interest of ensuring a thorough and fair consideration of the issues, Plaintiff is agreeable to a separate briefing schedule applicable only to the Heitner Defendants, provided that the Heitner Defendants agreeing to an extension of the Temporary Restraining Order (TRO) throughout the duration of the adjusted briefing period. This measure is proposed to maintain the status quo and prevent any irreparable harm during the extended review and response process.

4. Accordingly, Plaintiff agrees to the Heitner Defendants' proposal for a three-week briefing schedule, extending up to and including June 26, 2024, to file their opposition to the Motion for Entry of a Preliminary Injunction. Plaintiff requests a two-week period to file its reply, thereby setting the reply deadline to July 10, 2024.

5. **Opposition to Continuance of Preliminary Injunction Hearing**: There is no justifiable cause to warrant the delay of the Preliminary Injunction Hearing against the other defendants. All parties, including the Heitner Defendants, were properly notified about the preliminary injunction hearing set for June 6. Delaying the hearing would be prejudicial to Plaintiff's interests and the expeditious resolution of this matter.

WHEREFORE, Plaintiff respectfully requests that the Court deny the Heitner Defendants' Motion for Continuance of the Preliminary Injunction Hearing. However, Plaintiff consents to setting a separate briefing schedule for the Heitner Defendants, provided that there is an extension of the TRO as aforementioned.

June 5, 2024.                                          Respectfully submitted,

                                                       /s/ Andrew J. Palmer
                                                       Andrew J. Palmer

Palmer Law Group, P.A.
5353 N. Federal Highway, Suite 402
Fort Lauderdale, FL 33308
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com