UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60618-CIV-SINGHAL

LIANGSWORD LIMITED,

    Plaintiff,

v.

THE PARTNERSHIPS, UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** is before the Court on Defendants Iaukyu (Def. No. 48), Uehgn (Def. No. 112), Viasears Beauty Inc (Def. No. 163), Isiaeian (Def. No. 94), Ptetnvg (Def. No. 53), SamFansar (Def. No. 108), Toudaret (Def. No. 27), Austpious (Def. No. 45), and Monthly's (Def. No. 46) Motion for Continuance and to Set Briefing Schedule (DE [50]) and the requests for a revised briefing schedule on Plaintiff's Motion for Entry of a Preliminary Injunction (DE [27]) made by counsel for the Defendants listed in Schedule A attached to this Order ("Defendants") during the June 6, 2024, hearing on Plaintiff's Motion for Entry of a Preliminary Injunction. *See* (DE [63]). It is hereby

    **ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion for Continuance and to Set Briefing Schedule (DE [50]) is **GRANTED** to the extent it requests that the Court set a revised briefing schedule on Plaintiff's Motion for Entry of a Preliminary Injunction (DE [27]) as to the Defendants listed in Schedule A attached to this Order only.

2. The Temporary Restraining Order (DE [24]) is **EXTENDED** as to the Defendants listed in Schedule A attached to this Order and shall remain in

effect until the date of the second hearing on the Motion for Preliminary Injunction, which will be set upon completion of the revised briefing schedule.

3. Defendants **SHALL** file their responses to Plaintiff's Motion for Entry of a Preliminary Injunction (DE [27]) on or by **June 24, 2024.**

4. Plaintiff **SHALL** file its reply in support of its Motion for Entry of a Preliminary Injunction (DE [27]) on or by **July 8, 2024**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of June 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF

## SCHEDULE A

| Def. No. | Seller Alias |
|---|---|
| 48 | Iaukyu |
| 112 | Uehgn |
| 163 | Viasears Beauty Inc |
| 94 | Isiaeian |
| 53 | Ptetnvg |
| 108 | SamFansar |
| 27 | Toudaret |
| 45 | Austpious |
| 46 | Monthly |
| 55 | DTREELSY |
| 68 | WAITLOVER |
| 86 | Yinqiang E-commerce Co. Ltd |
| 125 | YUANBEN |
| 126 | MJahhsay |
| 22 | YINSI |
| 38 | NUOLIXI Trading Co., Ltd. |
| 23 | XUTI |
| 29 | XIUJI |
| 54 | ZHXXCUM |
| 99 | Bianzhoubolu |
| 96 | Yimei Store |
| 144 | icolorfuled |
| 145 | Foxnovo Store |
| 17 | Ailytec Inc |
| 166 | Zuk Vape LLC |
| 137 | Orchip (a.k.a Orchid Trade Inc) |
| 139 | EVER BESTSALES LLC |
| 147 | AlfaBet |