UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60618-AHS

LIANGSWORD LIMITED,

        Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

        Defendants.
_____/

## STATUS REPORT

Plaintiff LIANGSWORD LIMITED, through its undersigned counsel, hereby respectfully submits this status report to detail the ongoing discussions concerning the restrained funds of the defendants. These discussions involve 14 defendants represented by Attorney Timothy Wang (referred to as the "Wang Defendants"), 4 defendants represented by Attorney Lydia Pittaway (referred to as the "Pittaway Defendants"), and 9 defendants represented by Attorney Alan Mensa-Wilmot (referred to as the "Mensa-Wilmot Defendants").

Two of the Mensa-Wilmot Defendants, Iaukyu (Def. No. 48) and lsiaeian (Def. No. 94), have been dismissed from this case. *See* DE [64].

The parties are actively engaged in discussions regarding the release of the restrained funds. While an agreeable amount has not yet been finalized, discussions are ongoing. The parties will continue to work together to resolve the matter and will update the Court accordingly.

June 10, 2024.                                  Respectfully submitted,

/s/ Andrew J. Palmer
Andrew J. Palmer
Palmer Law Group, P.A.
5353 N. Federal Highway, Suite 402
Fort Lauderdale, FL 33308
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com