UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60618-AHS

LIANGSWORD LIMITED,

              Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

              Defendants.
_____/

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff LIANGSWORD LIMITED ("Plaintiff"), by and through its undersigned counsel, hereby requests that the Clerk enter a default against certain Defendants identified on Schedule "A" attached hereto ("Defaulting Defendants")[1], on the ground that Defaulting Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rule of Civil Procedure 55(a).

1. On April 16, 2024, Plaintiff filed its Complaint [DE 1].

2. On May 23, 2024, all defendants were served with the Summons [DE 29], Complaint [DE 1], the TRO Motion [DE 20], and the TRO orders [DE 24], via email. *See* [DE 33-DE 37]. This email also contained a link to the website posting the relevant Court filings. *Id*.

3. The time allowed for Defaulting Defendants to respond to the Complaint has expired. Defaulting Defendants have failed to answer or otherwise respond to the Complaint or

---

[1] Defendants who have been dismissed, requested an extension, or are otherwise represented by counsel are excluded from the Schedule A of Defaulting Defendants, attached hereto.

serve a copy of any Answer or other response upon Plaintiff's attorney of record. The Court has not granted Defaulting Defendants any extension of time to respond to the Complaint.

4. Plaintiff is informed and believes that Defaulting Defendants are not considered infants or incompetent persons. Plaintiff is informed and believes that the Service Members Civil Relief Act does not apply.

WHEREFORE, Plaintiff hereby requests that the Clerk enter default, pursuant to Fed. R. Civ. P. 55(a), against Defaulting Defendant, the Partnerships, and Unincorporated Associations Identified on Schedule A, attached hereto to this motion, with Defendant Nos. 8, 9, 12, 13, 19, 25, 26, 41, 47, 50, 52, 56, 57, 60, 61, 62, 65, 69, 70, 71, 72, 73, 76, 83, 87, 97, 101, 114, 119, 135, 138, 142, 143, 147, 149, 152, 154, 155, 158, 161, 164, 165, 167, 169.

June 14, 2024.                                      Respectfully submitted,

/s/ Andrew J. Palmer
Andrew J. Palmer
Palmer Law Group, P.A.
5353 N. Federal Highway, Suite 402
Fort Lauderdale, FL 33308
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***

## Schedule A – Defaulting Defendants

| # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 8 | SFN Co.Ltd | https://www.walmart.com/seller/101210300 |
| 9 | Good Friiends | https://www.walmart.com/seller/101280065 |
| 12 | kurtrussel | https://www.walmart.com/seller/101136211 |
| 13 | Aijeru Co. ltd | https://www.walmart.com/seller/101198726 |
| 19 | BNGXR | https://www.walmart.com/seller/101596059 |
| 25 | Yellow Tong | https://www.walmart.com/seller/101530456 |
| 26 | Steady Clothing | https://www.walmart.com/seller/101533003 |
| 41 | CZ TRADE Co.Ltd | https://www.walmart.com/seller/101268835 |
| 47 | Maoxinze Official | https://www.walmart.com/seller/101345355 |
| 50 | LZ.Co. , Ltd. | https://www.walmart.com/seller/101491353 |
| 52 | Guangzhou youqihui co., ltd | https://www.walmart.com/seller/101518142 |
| 56 | GuangXi ZhiZhong Co., Ltd. | https://www.walmart.com/seller/101572315 |
| 57 | BNGXR-Direct | https://www.walmart.com/seller/101579122 |
| 60 | galvanic | https://www.walmart.com/seller/101598238 |
| 61 | TXTOUTLET | https://www.walmart.com/seller/101620293 |
| 62 | CBLLC | https://www.walmart.com/seller/101611893 |
| 65 | HAOSHUANG | https://www.walmart.com/seller/101584218 |
| 69 | Zitour | https://www.walmart.com/seller/101576124 |
| 70 | Xinyooa | https://www.walmart.com/seller/101575575 |
| 71 | Yubatuo | https://www.walmart.com/seller/101544307 |
| 72 | OOPQT.LTD | https://www.walmart.com/seller/101538111 |
| 73 | Rich Year | https://www.walmart.com/seller/101532995 |
| 76 | Sufanic | https://www.walmart.com/seller/101138308 |
| 83 | Kiskurassly Co. ltd | https://www.walmart.com/seller/101199085 |
| 87 | kingque Co.ltd | https://www.walmart.com/seller/101180761 |
| 97 | Jahyshow Technology Co., Ltd | https://www.walmart.com/seller/101125987 |
| 101 | Kaiyu Co. , Ltd | https://www.walmart.com/seller/101586290 |
| 114 | DOSTH.AMAZING | https://www.walmart.com/seller/101282984 |
| 119 | Huanyou Co. Ltd | https://www.walmart.com/seller/101130950 |
| 135 | EIMELI TECHNOLOGY LLC | https://www.walmart.com/seller/101035130 |
| 138 | Balight Direct | https://www.walmart.com/seller/101071689 |
| 142 | Joybuy Marketplace | https://www.walmart.com/seller/18988 |
| 143 | Joybuy Marketplace (Fashion) | https://www.walmart.com/seller/101118004 |
| 147 | AlfaBet | https://www.walmart.com/seller/2506 |
| 149 | Vaaalo Supply LLC | https://www.walmart.com/seller/101325993 |
| 152 | WANGO | https://www.walmart.com/seller/101007388 |
| 154 | Art Cove Crafts | https://www.walmart.com/seller/10671 |

2

| 155 | Honsity Beautiful Development Co Ltd | https://www.walmart.com/seller/101079859 |
| --- | --- | --- |
| 158 | 1Campbell | https://www.walmart.com/seller/101449841 |
| 161 | Joybuy Marketplace(Express) | https://www.walmart.com/seller/16214 |
| 164 | Joybuy Marketplace(Selection) | https://www.walmart.com/seller/101087374 |
| 165 | Joybuy Marketplace(U.S) | https://www.walmart.com/seller/101001636 |
| 167 | X-T | https://www.walmart.com/seller/101004317 |
| 169 | LavoHome | https://www.walmart.com/seller/3001 |