# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIANGSWORD LIMITED,<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>The Partnerships, Unincorporated Associations Identified on Schedule A,<br><br>　　　　　　　　　Defendants. | Case No. 0:24-cv-60618-AHS<br><br>Honorable Judge Raag Singhal |

## NOTICE OF STRIKING DOCKET ENTRY 90

Plaintiff hereby gives notice of striking Plaintiffs' Motion for Entry of Default Judgement as to Certain Defendants [DE 90]. Certain Defendants were included as Defaulting Defendants by error. Plaintiff is concurrently re-filing its Motion for Entry of Default Judgement as to Certain Defendants with amended list of Defaulting Defendants.

June 25, 2024　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Andrew J. Palmer
　　　　　　　　　　　　　　　　　　　　Andrew J. Palmer
　　　　　　　　　　　　　　　　　　　　Palmer Law Group, P.A.
　　　　　　　　　　　　　　　　　　　　5353 N. Federal Highway, Suite 402
　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33308
　　　　　　　　　　　　　　　　　　　　Phone: 954-771-7050
　　　　　　　　　　　　　　　　　　　　ajpalmer@palmerlawgroup.com
　　　　　　　　　　　　　　　　　　　　***Attorney for Plaintiff***