UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60618-AHS

LIANGSWORD LIMITED,

        Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

        Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff LIANGSWORD LIMITED, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the following defendants, Def. Nos. 135, 147, 148, 155, with prejudice.

| Def. No. | Seller Name | Link |
| --- | --- | --- |
| 135 | EIMELI TECHNOLOGY LLC | https://www.walmart.com/seller/101035130 |
| 147 | AlfaBet | https://www.walmart.com/seller/2506 |
| 148 | RSR Electronics Inc. | https://www.walmart.com/seller/594 |
| 155 | Honsity Beautiful Development Co Ltd | https://www.walmart.com/seller/101079859 |

June 26, 2024.          Respectfully submitted,

        /s/ Andrew J. Palmer
        Andrew J. Palmer
        Palmer Law Group, P.A.
        5353 N. Federal Highway, Suite 402
        Fort Lauderdale, FL 33308
        Phone: 954-771-7050
        ajpalmer@palmerlawgroup.com
        ***Attorney for Plaintiff***