UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60618-AHS

LIANGSWORD LIMITED,

                    Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

                    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff LIANGSWORD LIMITED, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the following defendants, Def. No. 149 with prejudice.

| Def. No. | Seller Name | Link |
|---|---|---|
| 149 | Vaaalo Supply LLC | https://www.walmart.com/seller/101325993 |

July 2, 2024.

Respectfully submitted,

/s/ Andrew J. Palmer
Andrew J. Palmer
Palmer Law Group, P.A.
5353 N. Federal Highway, Suite 402
Fort Lauderdale, FL 33308
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***