UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60618-CIV-SINGHAL

LIANGSWORD LIMITED,

    Plaintiff,

v.

THE PARTNERSHIPS, UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants Rich Year (Def. No. 73), Yellow Tong (Def. No. 25), CZ Trade Co.Ltd (Def. No. 41), Yubatuo (Def. No. 71), and Steady Clothing's (Def. No. 26) ("Defendants") unopposed Motion to Vacate Clerk's Entry of Default (the "Motion") (DE [106]).  Following the expiration of the time for Defendants to respond to Plaintiff's Complaint, the Clerk of the Court entered default as to Defendants upon Plaintiff's motion.  *See* (DE [77]).  Defendants now request that the Court vacate the Clerk's entry of default as to Defendants pursuant to Federal Rule of Civil Procedure ("Rule") 55(c) and grant them an extension of time to respond to Plaintiff's Complaint.

Rule 55(c) provides that the court "may set aside an entry of default for good cause."  Defendants have good cause for requesting that the Court set aside the entry of default in that Defendants retained counsel promptly after learning of the default, there is no apparent prejudice to Plaintiff, and Defendants have set forth a viable defense.  Furthermore, Plaintiff does not oppose the requested relief.  Therefore, the Clerk's Entry of Default shall be vacated as to Defendants.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendants Rich Year (Def. No. 73), Yellow Tong (Def. No. 25), CZ Trade Co.Ltd (Def. No. 41), Yubatuo (Def. No. 71), and Steady Clothing's (Def. No. 26) Motion to Vacate Clerk's Entry of Default (DE [106]) is **GRANTED**.

2. The Clerk's Entry of Default (DE [77]) is **VACATED** as to Defendants Rich Year (Def. No. 73), Yellow Tong (Def. No. 25), CZ Trade Co.Ltd (Def. No. 41), Yubatuo (Def. No. 71), and Steady Clothing (Def. No. 26) only.

3. Defendants Rich Year (Def. No. 73), Yellow Tong (Def. No. 25), CZ Trade Co.Ltd (Def. No. 41), Yubatuo (Def. No. 71), and Steady Clothing (Def. No. 26) **SHALL** file their response(s) to Plaintiff's Complaint on or by **July 23, 2024**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of July 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF