UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60618-CIV-SINGHAL

LIANGSWORD LIMITED,

    Plaintiff,

v.

THE PARTNERSHIPS, UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Defendants Good Friiends (Def. No. 9), BNGXR (Def. No. 19), BNGXR-Direct (Def. No. 57), and Zitour's (Def. No. 69) (collectively, "Defendants") Motion to Vacate Clerk's Entry of Default (the "Motion") (DE [105]).  Following the expiration of the time for Defendants to respond to Plaintiff's Complaint, the Clerk of the Court entered default as to Defendants upon Plaintiff's motion. *See* (DE [77]).  Defendants now request that the Court vacate the Clerk's entry of default as to Defendants pursuant to Federal Rule of Civil Procedure ("Rule") 55(c) and grant them an extension of time to respond to Plaintiff's Complaint.  While Defendants indicated in their Motion that Plaintiff opposed the relief requested, Plaintiff failed to file a response by the deadline.  Accordingly, the Court will treat the Motion as unopposed.

Rule 55(c) provides that the court "may set aside an entry of default for good cause."  Defendants have good cause for requesting that the Court set aside the entry of default in that Defendants retained counsel and moved to set aside the entry of default promptly after learning of the action, there is no apparent prejudice to Plaintiff, and

Defendants have set forth a viable defense. Therefore, the Clerk's Entry of Default shall be vacated as to Defendants.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendants Good Friiends (Def. No. 9), BNGXR (Def. No. 19), BNGXR-Direct (Def. No. 57), and Zitour's (Def. No. 69) Motion to Vacate Clerk's Entry of Default (DE [105]) is **GRANTED**.

2. The Clerk's Entry of Default (DE [77]) is **VACATED** as to Defendants Good Friiends (Def. No. 9), BNGXR (Def. No. 19), BNGXR-Direct (Def. No. 57), and Zitour's (Def. No. 69) only.

3. Defendants Good Friiends (Def. No. 9), BNGXR (Def. No. 19), BNGXR-Direct (Def. No. 57), and Zitour's (Def. No. 69) **SHALL** file their response(s) to Plaintiff's Complaint on or by **August 16, 2024**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of July 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF