UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60618-CIV-SINGHAL

LIANGSWORD LIMITED,

   Plaintiff,

v.

THE PARTNERSHIPS, UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

   Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with Prejudice (DE [134]) filed by Plaintiff, Liangsword Limited. In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED WITH PREJUDICE** as to Defendant Jahyshow Technology Co., Ltd (Def. No. 97) and DOSTH.AMAZING (Def. No. 114), as referenced in the Schedule A to the Complaint (DE [19]).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of July 2024.

Copies to counsel via CM/ECF

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE