UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60618-CIV-SINGHAL

LIANGSWORD LIMITED,

    Plaintiff,

v.

THE PARTNERSHIPS, UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Joint Motion of Dismissal Pursuant to Fed. R. Civ. P. 41(A)(2) (the "Motion") (DE [160]), filed by Plaintiff and the defendants listed in the Schedule A attached to this Order (the "Wang Defendants"). Plaintiff and the Wang Defendants jointly move to dismiss all pending actions, including all claims and counterclaims against each other, with prejudice.

Under Federal Rule of Civil Procedure ("Rule") 41(a)(2), excluding the process for dismissal described in Rule 41(a)(1), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." "A district court enjoys broad discretion in determining whether to allow a voluntary dismissal under Rule 41(a)(2)[.]" *Arias v. Cameron*, 776 F.3d 1262, 1268 (11th Cir. 2015). "Generally speaking, a motion for voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice other than the mere prospect of a second lawsuit." *Id.* "While the district court 'should keep in mind the interests of the defendant, for Rule 41(a)(2) exists chiefly for protection of defendants,' the court should also weigh the relevant equities and do justice between the parties in each case, imposing such costs and

attaching such conditions to the dismissal as are deemed appropriate." *Id.* (quoting *Fisher v. Puerto Rico Marine Mgmt., Inc.*, 940 F.2d 1502, 1503 (11th Cir.1991) (per curiam)).  One consideration is also the issue of joint or several liability or other unjust agreements that seek to shift exposure from a dismissed defendant onto another defendant, like those that typically arise in the Rule 41(a)(1)(A)(ii) context.  *See City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023) (requiring all parties who have appeared in an action to sign a stipulation of dismissal under Rule 41(a)(1)(A)(ii) to "ensure that other parties are not somehow prejudiced by the sudden dismissal of a defendant").

Here, the Court notes that the parties' Joint Motion of Dismissal was brought and signed by only Plaintiff and the Wang Defendants, not Counterclaim Defendants Yongkang Du or Does 1-10.  *See* (Wang Defs.' Answer to Compl. (DE [100])).  The Joint Motion of Dismissal seeks dismissal of all pending actions, including all claims and counterclaims against each other.  (DE [160]).  Because this Joint Motion of Dismissal does not in any way relate to or mention Counterclaim Defendants Yongkang Du or Does 1-10, the Wang Defendants' counterclaims as to these counterclaim defendants would remain pending, despite the fact that the counterclaims seek joint or several liability against both Plaintiff Liangsword Limited and Counterclaim Defendants Yongkang Du and Does 1-10.  Furthermore, there remains a pending Motion to Dismiss Wang Defendants' Counterclaims II, III and IV Pursuant to Rule 12(b)(6) (DE [125]) that was filed on behalf of *both* Plaintiff Liangsword Limited and Counterclaim Defendant Yongkang Du.  In the absence of a clear intent by the Wang Defendants to dismiss their counterclaims against all Counterclaim Defendants or consent by Counterclaim Defendant Yongkang Du to

dismissal of the counterclaims as to Plaintiff only, the Court cannot grant the parties' Joint Motion of Dismissal. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion of Dismissal Pursuant to Fed. R. Civ. P. 41(A)(2) (DE [160]) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of August 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF

## SCHEDULE A

| Def. No. | Seller Name |
|---|---|
| 22 | YINSI |
| 23 | XUTI |
| 29 | XIUJI |
| 38 | NUOLIXI Trading Co., Ltd. |
| 54 | ZHXXCUM |
| 55 | DTREELSY |
| 68 | WAITLOVER |
| 86 | Yinqiang E-commerce Co. Ltd |
| 96 | Yimei Store |
| 99 | Bianzhoubolu |
| 125 | YUANBEN |
| 126 | MJahhsay |
| 144 | icolorfuled |
| 145 | Foxnovo Store |