UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60618-AHS

LIANGSWORD LIMITED,

                Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

                Defendants.
_____/

**JOINT MOTION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(2)**

Plaintiff LIANGSWORD LIMITED and Counterclaim Defendant Yongkang Du, by and through undersigned counsel, and Defendants listed below, by and through their undersigned counsel (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(2), hereby submit this joint motion of dismissal to dismiss all pending actions, including all claims and counterclaims against each other with prejudice, each party shall bear its own costs and fees.

In addition, Defendants also wish to withdraw their Counterclaim [DE 100, Counterclaim IV], against unidentified Counterclaim Defendants Does 1-10, who are currently unrepresented.

| Def. No. | Seller Name | Link |
|---|---|---|
| 22 | YINSI | https://www.walmart.com/seller/101185282 |
| 23 | XUTI | https://www.walmart.com/seller/101260951 |
| 29 | XIUJI | https://www.walmart.com/seller/101611941 |
| 38 | NUOLIXI Trading Co., Ltd. | https://www.walmart.com/seller/101219848 |
| 54 | ZHXXCUM | https://www.walmart.com/seller/101537243 |
| 55 | DTREELSY | https://www.walmart.com/seller/101563143 |
| 68 | WAITLOVER | https://www.walmart.com/seller/101224475 |
| 86 | Yinqiang E -commerce Co. Ltd | https://www.walmart.com/seller/101184740 |

| 96  | Yimei Store   | https://www.walmart.com/seller/101208111 |
|-----|---------------|------------------------------------------|
| 99  | Bianzhoubolu  | https://www.walmart.com/seller/101520897 |
| 125 | YUANBEN       | https://www.walmart.com/seller/101241613 |
| 126 | MJahhsay      | https://www.walmart.com/seller/101584185 |
| 144 | icolorfuled   | https://www.walmart.com/seller/101225179 |
| 145 | Foxnovo Store | https://www.walmart.com/seller/3554      |

**Legal Standards**

"In most cases, a voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice, other th[a]n the mere prospect of a subsequent lawsuit, as a result." *Uhlig LLC v. Cherry*, 21-cv-80837, at *6 (S.D. Fla. June 13, 2022) (citation omitted).

In deciding whether to allow dismissal under Rule 41(a)(2), "[w]hile the district court should keep in mind the interests of the defendant, the court should also weigh the relevant equities and do justice between the parties in each case, imposing such costs and attaching such conditions to the dismissal as are deemed appropriate." *Id*. at *7.

**Arguments**

In this case, a joint dismissal under Rule 41(a)(2) is proper. The Plaintiff and Defendants identified herein jointly moved for dismissal under Rule 41, and the Court has the authority to dismiss this case under this rule on terms it considers proper. The dismissal of all pending actions, including all claims and counterclaims against each other, is in the best interest of Plaintiff, Defendants, and the Court.

**Conclusion**

For the foregoing reasons, the Parties respectfully request that the Court approve this Joint Motion of Dismissal.

| | |
|---|---|
| September 3, 2024. | Respectfully submitted,<br><br>/s/ Andrew J. Palmer<br>Andrew J. Palmer<br>Palmer Law Group, P.A.<br>5353 N. Federal Highway, Suite 402<br>Fort Lauderdale, FL 33308<br>Phone: 954-771-7050<br>ajpalmer@palmerlawgroup.com<br>***Attorney for Plaintiff Liangsword Limited, and Counterclaim Defendant Yongkang Du***<br><br>/s/ Timothy T. Wang<br>Timothy T. Wang (*pro hac vice*)<br>NI, WANG & MASSAND, PLLC<br>8140 Walnut Hill, Ste. 615<br>Dallas, TX 75231<br>Telephone: (972) 331-4603<br>Fax: (972) 314-0900<br>twang@nilawfirm.com<br><br>Benjamin W. Dowers<br>Fla. Bar No.: 91401<br>bwd@guntherlegal.com<br>Gunther Legal, PLLC<br>1800 SE 10th Ave, Suite 220<br>Fort Lauderdale, FL 33316<br>954-556-1487<br>***Attorney for Defendants*** |