UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No: 0:24-cv-60618-AHS

| | |
|---|---|
| LIANGSWORD LIMITED, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| The Partnerships, Unincorporated Associations Identified on Schedule A, | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

The undersigned counsel, Christina Lehm, of NELSON MULLINS RILEY & SCARBOROUGH LLP, hereby enters her appearance as counsel of record for Defendants, Joybuy Marketplace, Joybuy Marketplace (Fashion), Joybuy Marketplace (Express), Joybuy Marketplace (Selection), and Joybuy Marketplace (U.S), in the above captioned action and requests that copies of all further notices, pleadings, and other papers served in this case be served on her at the below listed email addresses.

Respectfully submitted,

/s/ *Christina Lehm*
**CHRISTINA LEHM**
Florida Bar No. 112596
christina.lehm@nelsonmullins.com
**NELSON MULLINS**
One Financial Plaza
100 S.E. 3rd Avenue
Suite 2700
Fort Lauderdale, FL 33394

Telephone No.  954-764-7060
Facsimile No. 954-761-8135
herold.labissiere@nelsonmullins.com

*Counsel for Defendants, Joybuy Marketplace, Joybuy Marketplace (Fashion), Joybuy Marketplace (Express), Joybuy Marketplace (Selection), and Joybuy Marketplace (U.S)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December 2024, a true and correct copy of the foregoing was served by transmission of a Notice of Electronic Filing generated by CM/ECF on all counsel of record.

 /s/  *Christina Lehm*
CHRISTINA LEHM