UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60618-CIV-SINGHAL

LIANGSWORD LIMITED,

    Plaintiff,

vs.

THE PARTNERSHIPS, UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## ORDER OF RECUSAL

**THE UNDERSIGNED JUDGE**, to whom the above-styled case has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(b) and the Internal Operating Procedures of the United States District Court for the Southern District of Florida.

**ORDERED AND ADJUDGED** in Chambers, Fort Lauderdale, Florida, this 26th day of December 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

In accordance with the Internal Operating Procedures of the United States District Court for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of United States District Judge  MELISSA DAMIAN  .

Copies of this Order shall be served on all pending parties of record electronically via CM/ECF, or via U.S. Mail to any party not authorized to receive electronic notices of filing. All documents for filing in this case shall carry the following case number and designation: 24-CV-60618-DAMIAN  .

BY ORDER of the Court this 30th day of December 2024, Fort Lauderdale, Florida.

           ANGELA E. NOBLE
           Clerk of Court

           By: /s/Yvette Y. Alexander
                Deputy Clerk