IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-CV-60618-DAMIAN

LIANGSWORD LIMITED,

    Plaintiff,

    v.

THE PARTNERSHIPS,
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

**THE JOYBUY MARKETPLACE PLATFORM'S
(DEFENDANT NOS. 142, 143, 161, 164, AND 165)
<u>NOTICE OF NINETY DAY EXPIRING</u>**

Pursuant to Local Rule 7.1(b)(4), Defendants identified as Joybuy Marketplace, Joybuy Marketplace (Fashion), Joybuy Marketplace (Express), Joybuy Marketplace (Selection), and Joybuy Marketplace (U.S.) (Defendant Nos. 142, 143, 161, 164, and 165, respectively) (collectively, the "Joybuy Marketplace Platform"), through Jingdong E-commerce (Trade) Hong Kong Corporation Limited ("Jingdong") and JD E-Commerce America Limited ("JD America"), file this Notice of Ninety Days Expiring ("Notice"). In support of this Notice, the Joybuy Marketplace Platform states as follows:

1.    On December 23, 2024, the Joybuy Marketplace Platform filed and served the Motion and Incorporated Memorandum of Law to reopen Litigation and Vacate Default Judgment, including exhibits. (Dkt. No. 185, "Motion.")

2.    On the same day, the Joybuy Marketplace Platform also served Plaintiff Liangsword Limited ("Plaintiff") with the non-public versions of Exhibits 1, 15, and 20 to the

Motion. The Joybuy Marketplace Platform filed the non-public versions of Exhibits 1, 15, and 20 under seal on January 24, 2025, after the Court granted its Unopposed Motion for Leave to File Under Seal and Incorporated Memorandum of Law. (Dkt. Nos. 186, 193, 194.)

3. On January 20, 2025, Plaintiff filed the Response in Opposition to Joybuy Defendants' Motion to Reopen Litigation and Vacate Default Judgment, including exhibits. (Dkt. No. 192.)

4. On January 27, 2025, the Joybuy Marketplace Platform filed and served the Reply in Support of Motion and Incorporated Memorandum of Law to Reopen Litigation and Vacate Default Judgment, including exhibits. (Dkt. No. 195, "Reply.")

5. On February 24, 2025, the Joybuy Marketplace Platform re-filed and served the affidavit of Richard Withers, Esq., which was previously filed at Dkt. No. 195-6 as an exhibit in support of the Reply. (Dkt. No. 196.) The Joybuy Marketplace Platform noted that the re-filed "affidavit is substantively identical to the one previously filed as DE 195-6," except that the affidavit at Dkt. No. 196 "has been re-executed to add the execution date, which was missing from the one originally filed." (Dkt. No. 196.)

6. Local Rule 7.1(b)(4) states that with respect to "any motion or other matter which has been pending and fully briefed with no hearing set thereon for a period of ninety (90) days . . . the movant, whether party or non-party, shall file and serve on all parties and any affected non-parties within fourteen (14) days thereafter a 'Notice of Ninety Days Expiring' . . . ." In connection with the Motion, the ninety-day period expired on Monday, April 28, 2025, which is ninety days from the date that the Joybuy Marketplace Platform filed and served the Reply.

Therefore, pursuant to Local Rule 7.1(b)(4), the Joybuy Marketplace Platform respectfully notifies this Court that the Motion (Dkt. No. 185) has been pending and fully briefed with no hearing set thereon for a period exceeding ninety (90) days.

The Joybuy Marketplace Platform can be available for a hearing should the Court wish to hear oral argument on the pending Motion (Dkt. No. 185).

Date: May 2, 2025

/s/ *Nicole E. Kopinski & Wallace H. Feng*
Nicole E. Kopinski (*pro hac vice*)
Illinois Bar No. 6286626
Wallace H. Feng (*pro hac vice*)
Illinois Bar No. 6329670
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700
nkopinski@leydig.com
wfeng@leydig.com

/s/ *Christina Lehm*
Christina Lehm
Florida Bar No. 112596
NELSON MULLINS
One Financial Plaza
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile: (954) 761-8135
christina.lehm@nelsonmullins.com
herold.labissiere@nelsonmullins.com

*Attorneys for Defendants,*
*Joybuy Marketplace (Def. No. 142),*
*Joybuy Marketplace (Fashion) (Def. No. 143),*
*Joybuy Marketplace (Express) (Def. No. 161),*
*Joybuy Marketplace (Selection) (Def. No. 164),*
*and Joybuy Marketplace (U.S.) (Def. No. 165)*
*(collectively, the Joybuy Marketplace Platform)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2025, a true and correct copy of the foregoing document was electronically filed through the Court's CM/ECF system with notice of case activity automatically generated and sent electronically to counsel of record.

                                                */s/ Christina Lehm*
                                                Christina Lehm
                                                Florida Bar No. 112596
                                                NELSON MULLINS
                                                One Financial Plaza
                                                100 S.E. 3rd Avenue, Suite 2700
                                                Fort Lauderdale, FL 33394
                                                Telephone: (954) 764-7060
                                                Facsimile: (954) 761-8135
                                                christina.lehm@nelsonmullins.com
                                                herold.labissiere@nelsonmullins.com